**E-Filed 7/22/2009**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JAY MARTIN, GREG PARKER, HARVEY BUTLER, and ANDREW SIMMONS,<br><br>Plaintiffs,<br><br>v.<br><br>DAVIS CALIBRATION, LLC, et al.,<br><br>Defendants. | Case Number C 09-2618 JF (PVT)<br><br>ORDER[1] (1) DENYING MOTION TO SHORTEN TIME AND (2) SETTING MOTION HEARING FOR SEPTEMBER 18, 2009 AT 9:00 AM |

Pursuant to Civ. L.R. 6-3, Defendant Steven Tiedeman seeks an order shortening time for the Court to hear Defendant's special motion to strike Plaintiffs' complaint pursuant to Cal. Civ. Proc. Code § 425.16 ("anti-SLAPP"). Defendant noticed its motion for August 21, 2009, apparently because that was the first hearing date at least thirty-five days after the motion was filed on July 14, 2009. *See* Carroll Decl. ¶ 6. Defendant requests that the Court schedule the hearing for August 14, 2009 in light of the requirement that "[an anti-SLAPP] motion shall be scheduled by the clerk of the court for a hearing not more than 30 days after the service of the

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-2618 JF (PVT)
ORDER DENYING MOTION TO SHORTEN TIME, ETC.
(JFLC1)

1  motion." Cal. Civ. Proc. Code § 425.16(f).

2       However, counsel for Defendant did not confirm a hearing date with the Court's
3  administrative law clerk prior to noticing the hearing as required by the Court's standing order.
4  The first available date on the Court's motion calendar is September 18, 2009.  The anti-SLAPP
5  statute allows a hearing to be scheduled more that thirty days after the filing of an anti-SLAPP
6  motion if "the docket conditions of the court require a later hearing."  Cal. Civ. Proc. Code §
7  425.16(f).  *See also Hall v. Time Warner, Inc.*, 153 Cal. App. 4th 1337, 1349 (2007) (§ 425.16(f)
8  "requires the court clerk to schedule a special motion to strike for a hearing no more than 30 days
9  after the motion is served *if such a hearing date is available on the court's docket*") (emphasis
10 added).[2]  Accordingly, the hearing on Defendant's anti-SLAPP motion is hereby set for
11 September 18, 2009 at 9:00 AM.  If this date is not mutually convenient for the parties, counsel
12 shall contact the Court's administrative law clerk to reschedule the hearing.

14 IT IS SO ORDERED.

17 DATED: July 22, 2009

                    _____
19                  JEREMY FOGEL
                    United States District Judge

---

27     [2] "[P]erhaps the easiest way to comply with the 30-day time limit is to obtain a hearing
date and then wait until 30 days before the hearing to serve the motion."  *Fair Political Practices
28 Comm'n v. Am. Civil Rights Coalition, Inc.*, 121 Cal. App. 4th 1171, 1177 (2004).

Case No. C 09-2618 JF (PVT)
ORDER DENYING MOTION TO SHORTEN TIME, ETC.
(JFLC1)

1  This Order has been served upon the following persons:

2  Ashley E Choren     achoren@seyfarth.com, jbertolani@seyfarth.com

3

4  Cassandra H. Carroll    ccarroll@seyfarth.com, ndavilla@seyfarth.com

5  Frank Edward Mayo     fmayolaw@aol.com

6

7  Nick C. Geannacopulos     ngeannacopulos@seyfarth.com, sstitt@seyfarth.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28