SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822) ngeannacopulos@seyfarth.com
Cassandra H. Carroll (SBN 209123) ccarroll@seyfarth.com
Ashley E. Choren (SBN 260337) achoren@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

**E-Filed 2/1/2010**

Attorneys for Defendant
DAVIS CALIBRATION, LLC aka
DAVIS INOTEK INSTRUMENTS, LLC

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY MARTIN, GREG PARKER, HARVEY BUTLER, and ANDREW SYMONS,<br><br>Plaintiffs,<br><br>v.<br><br>DAVIS CALIBRATION, LLC, aka DAVIS INOTEK INSTRUMENTS, LLC, STEVEN TIEDEMANN, and DOES 1-50, inclusive<br><br>Defendants. | Case No. C 09-2618 JF (PVT)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed: April 21, 2009 |

Pursuant to Northern District Local Rules 6-1(b) and 16-2(e), IT IS HEREBY STIPULATED by and between Plaintiffs Jay Martin, Greg Parker, Andrew Symons, and Harvey Butler, through their attorney of record, Frank E. Mayo, and Defendant Davis Calibration, LLC aka Davis Inotek Instruments, LLC, through its attorneys, Seyfarth Shaw LLP, that the Further Case Management Conference set for March 12, 2010 at 10:30 a.m. be continued for 60 days.

Counsel for both parties have met and conferred, and agreed that it would be in all parties' and the Court's interest to continue the Case Management Conference until May 2010 to allow for the completion of depositions and private mediation. At the initial Case Management Conference, the Court ordered the parties to complete mediation by the further Case Management Conference on March 12, 2010. The parties have scheduled the depositions of

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT

1 Plaintiffs and other parties for mid and late-February. A continuance of the further Case
2 Management Conference will allow the parties sufficient time to prepare for private mediation
3 and continue settlement discussions.
4
5 DATED: 1/27/10  SEYFARTH SHAW LLP
6
7   By _/s/ Ashley Choren_
8   Nick C. Geannacopulos
  Cassandra H. Carroll
  Ashley E. Choren
9
10   Attorneys for Defendant
11 DATED: 1-26-2010  LAW OFFICES OF FRANK E. MAYO
12
13   By _/s/ Frank E. Mayo_
  Frank E. Mayo
14   Attorney for Plaintiffs
15
    **[PROPOSED] ORDER**
16
17   GOOD CAUSE APPEARING, it is hereby ORDERED that the Further Case
18 Management Conference, currently set for March 12, 2010, at 10:30 a.m. is continued to
19 May 14, 2010 at 10:30 a.m./p.m. Pursuant
20 to Local Rule 16-10(d), the parties' Joint Case Management Statement will be due no fewer than
21 10 days before the Further Case Management Conference.
22 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
23
24 Dated: 1/29/2010, 2010
25
26 _____
    JEREMY FOGEL
    UNITED STATES DISTRICT JUDGE
27
28

-2-