SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822) ngeannacopulos@seyfarth.com
Cassandra H. Carroll (SBN 209123) ccarroll@seyfarth.com
Ashley E. Choren (SBN 260337) achoren@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105                        **E-Filed 2/1/2010**
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
DAVIS CALIBRATION, LLC aka
DAVIS INOTEK INSTRUMENTS, LLC

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY MARTIN, GREG PARKER, HARVEY BUTLER, and ANDREW SYMONS, <br><br> Plaintiffs, <br><br> v. <br><br> DAVIS CALIBRATION, LLC, aka DAVIS INOTEK INSTRUMENTS, LLC, STEVEN TIEDEMANN, and DOES 1-50, inclusive <br><br> Defendants. | Case No.  C 09-2618 JF (PVT) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Complaint filed: April 21, 2009 |

Pursuant to Northern District Local Rules 6-1(b) and 16-2(e), IT IS HEREBY

STIPULATED by and between Plaintiffs Jay Martin, Greg Parker, Andrew Symons, and Harvey

Butler, through their attorney of record, Frank E. Mayo, and Defendant Davis Calibration, LLC

aka Davis Inotek Instruments, LLC, through its attorneys, Seyfarth Shaw LLP, that the Further

Case Management Conference set for March 12, 2010 at 10:30 a.m. be continued for 60 days.

Counsel for both parties have met and conferred, and agreed that it would be in all

parties' and the Court's interest to continue the Case Management Conference until May 2010 to

allow for the completion of depositions and private mediation.  At the initial Case Management

Conference, the Court ordered the parties to complete mediation by the further Case

Management Conference on March 12, 2010.  The parties have scheduled the depositions of

1 Plaintiffs and other parties for mid and late-February. A continuance of the further Case
2 Management Conference will allow the parties sufficient time to prepare for private mediation
3 and continue settlement discussions.

4

5 DATED: 1/27/10                          SEYFARTH SHAW LLP
6
7                                         By
8                                            Nick C. Geannacopulos
                                             Cassandra H. Carroll
9                                            Ashley E. Choren

10                                        Attorneys for Defendant

11 DATED: 1-26-2010                       LAW OFFICES OF FRANK E. MAYO
12
13                                        By
                                             Frank E. Mayo
14                                        Attorney for Plaintiffs

15                        [PROPOSED] ORDER
16
17     GOOD CAUSE APPEARING, it is hereby ORDERED that the Further Case
18 Management Conference, currently set for March 12, 2010, at 10:30 a.m. is continued to
19 May 14, 2010                     at    10:30              a.m./p.m. Pursuant
20 to Local Rule 16-10(d), the parties' Joint Case Management Statement will be due no fewer than
21 10 days before the Further Case Management Conference.
22 PURSUANT TO STIPULATION, IT IS SO ORDERED.
23
24 Dated: 1/29/2010              , 2010
25
26                              JEREMY FOGEL
                                UNITED STATES DISTRICT JUDGE
27
28

-2-