```
FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff
JAY MARTIN
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| JAY MARTIN, GREG PARKER,<br>HARVEY BUTLER and ANDREW SYMONS<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVIS CALIBRATION, LLC,<br>Aka DAVIS INOTEK INSTRUMENTS,<br><br>    Defendant. | CASE NO. C09-02618<br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL AS TO<br>PLAINTIFF JAY MARTIN** |

PLAINTIFF JAY MARTIN AND DEFENDANT hereby jointly Stipulate to the Dismissal of his causes of action with prejudice set forth in Counts I and II of the Complaint.

Each party to bear his/its own costs.

Dated: April 7, 2010              LAW OFFICE OF FRANK E. MAYO

                                  By:    /S/_____
                                         Frank E. Mayo
                                         Attorney for Plaintiff
                                         JAY MARTIN


Dated: April   , 2010             SEYFARTH SHAW LLP


STIPULATION AND ORDER FOR DISMISSAL                    1

```
1                               By:    ____/S/_____
                                       Cassandra H. Carroll
2                                      Attorneys for Defendant
3
4
       IT IS SO ORDERED:
5
       The above-entitled causes of action by JAY MARTIN as set
6
   forth in Counts I and II are hereby dismissed with prejudice.
7
8  Dated: 4/22/10             _____
                              JEREMY FOGEL
9                             UNITED STATES DISTRICT JUDGE
```

STIPULATION AND ORDER FOR DISMISSAL                    2