```
1   FRANK E. MAYO/State Bar #42972
    Law Office of Frank E. Mayo
2   5050 El Camino Real, Ste. 228
    Los Altos, CA 94022
3
    (650) 964-8901
4
    Attorney for Plaintiff
5   GREG PARKER
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| JAY MARTIN, GREG PARKER, HARVEY BUTLER and ANDREW SYMONS | ) ) ) | CASE NO. C09-02618 |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | **STIPULATION AND ORDER FOR DISMISSAL AS TO PLAINTIFF GREG PARKER** |
| DAVIS CALIBRATION, LLC, Aka DAVIS INOTEK INSTRUMENTS, | ) ) ) | |
| Defendant. | ) ) | |

PLAINTIFF GREG PARKER AND DEFENDANT hereby jointly Stipulate to the Dismissal of his causes of action with prejudice set forth in Counts III, IV and V of the Complaint.

Each party to bear his/its own costs.

Dated: April 5, 2010                LAW OFFICE OF FRANK E. MAYO


                                    By: ____/S/_____
                                        Frank E. Mayo
                                        Attorney for Plaintiff
                                        GREG PARKER


Dated: April    , 2010              SEYFARTH SHAW LLP

STIPULATION AND ORDER FOR DISMISSAL        1

```
 1                              By:    ___/S/_____
                                       Cassandra H. Carroll
 2                                     Attorneys for Defendant
                                       Seyfarth Shaw LLP
 3

 4

 5      IT IS SO ORDERED:

 6      The above-entitled causes of action by Greg Parker as set

 7   forth in Counts III, IV and V are hereby dismissed with

 8   prejudice.

 9
     Dated: 4/22/10                    _____
10                                     JEREMY FOGEL
                                       UNITED STATES DISTRICT JUDGE
11
```

STIPULATION AND ORDER FOR DISMISSAL    2