FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff
ANDDREW SYMONS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| JAY MARTIN, GREG PARKER, HARVEY BUTLER and ANDREW SYMONS<br><br>Plaintiffs,<br><br>vs.<br><br>DAVIS CALIBRATION, LLC, Aka DAVIS INOTEK INSTRUMENTS,<br><br>Defendant. | CASE NO. C09-02618<br><br>**STIPULATION AND ORDER FOR DISMISSAL AS TO PLAINTIFF ANDREW SYMONS** |

PLAINTIFF ANDREW SYMONS AND DEFENDANT hereby jointly Stipulate to the Dismissal of his causes of action with prejudice set forth in Counts VI and VII of the Complaint.

Each party to bear his/its own costs.

Dated: April 5, 2010              LAW OFFICE OF FRANK E. MAYO

                                  By:    /S/
                                         Frank E. Mayo
                                         Attorney for Plaintiff
                                         ANDREW SYMONS

Dated: April   , 2010             SEYFARTH SHAW LLP

STIPULATION AND ORDER FOR DISMISSAL        1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:     /S/
        Cassandra H. Carroll
        Attorneys for Defendant
        Seyfarth Shaw LLP

IT IS SO ORDERED:

The above-entitled causes of action by Andrew Symons as set forth in Counts VI and VII are hereby dismissed with prejudice.

Dated: 4/22/10

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL          2