FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff
HARVEY BUTLER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

JAY MARTIN, GREG PARKER,          )     CASE NO. C09-02618
HARVEY BUTLER and ANDREW SYMONS   )
                                  )
          Plaintiffs,             )
                                  )     **STIPULATION AND ORDER**
vs.                               )     **FOR DISMISSAL AS TO**
                                  )     **PLAINTIFF HARVEY BUTLER**
DAVIS CALIBRATION, LLC,           )
Aka DAVIS INOTEK INSTRUMENTS,     )
                                  )
          Defendant.              )
_____  )

    PLAINTIFF   HARVEY   BUTLER   AND   DEFENDANT   hereby   jointly

Stipulate to the Dismissal of his causes of action with prejudice

set forth in Counts VIII and IX of the Complaint.

    Each party to bear his/its own costs.

Dated: April 7, 2010          LAW OFFICE OF FRANK E. MAYO


                              By:  ____/S/_____
                                   Frank E. Mayo
                                   Attorney for Plaintiff
                                   JAY MARTIN


Dated:  April    , 2010       SEYFARTH SHAW LLP


STIPULATION AND ORDER FOR DISMISSAL       1

1

2

3

By:    ____/S/_____
Cassandra H. Carroll
Attorneys for Defendant

4

5

6

7

8

9

IT IS SO ORDERED:

The above-entitled causes of action by HARVEY BUTLER as set

forth in Counts VIII and IX are hereby dismissed with prejudice.

Dated: 4/22/10

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL          2